*June 27, 2017*

2017-Ohio-5509.]

**2016–1372.   Schwartz v. Honeywell Internatl., Inc.**
Cuyahoga App. No. 103377, 2016-Ohio-3175. On motions for admission pro hac vice of Michael W. Weaver and William L. Anderson. Motions granted. Pursuant to Gov.Bar. R. XII(4), counsel shall file a notice of permission with the Supreme Court's Office of Attorney Services within 30 days.